**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JUAN CARLOS MARTINEZ-GUARIMAN,

Petitioner,

v. No. 2:26-cv-03033-MLG-GJF

WARDEN, Otero County Processing Center,
et al.,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner Juan Carlos Martinez-Guariman's petition for a writ of habeas corpus ("Petition"), Doc. 1. A hearing on the Petition was held September 30, 2026. *See* Docs. 7-8. Having considered the Petition and being otherwise fully informed, the Court finds that it is not well taken and should be denied. The Court denies the Petition for the reasons stated on the record at the September 30, 2026, hearing.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA